UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN MARTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>COBBS, *et al.*,<br><br>        Defendants. | 2:13-cv-00107-JCM-VCF<br><br>**ORDER** |

       This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate. On June 18, 2013, the clerk sent an order to plaintiff at his address of record. (ECF No. 2). The order was returned to the court as undeliverable – markings on the envelope indicate the following: "NON DELIVERABLE/ RETURN TO SENDER/NOT AT THIS ADDRESS." (ECF No. 5). Plaintiff has not notified the court of a new address.

       Rule LSR 2-2 of the Local Rules of Special Proceedings provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice.

In view of plaintiff's failure to keep the court informed of his address as required by LSR 2-2, the court will dismiss this action with prejudice.

1     **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

2     **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly.

Dated this 28th day of June, 2013.

                            /s/ James C. Mahan
                            UNITED STATES DISTRICT JUDGE